## William Schmidt et al., Appellees, v. William M. Johnson et al., Appellants.

## Gen. No. 18,092.

This case is controlled by the decision in Schmidt v. Johnson, *post*, p. 623.

Interlocutory appeal from the Circuit Court of Cook county; the Hon. C. M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed January 16, 1912. Rehearing denied January 30, 1912.

BITHER, GOFF & FRANCIS, for appellant.

HELMER, MOULTON & WHITMAN and LLOYD C. WHITMAN, for appellees.

MR. JUSTICE CLARK delivered the opinion of the court.

There is brought up for review by this appeal and by the one which follows it, No. 18093, the action of the Circuit Court of Cook County, in chancery, in appointing a receiver of the Fidelity Amusement Company and also a receiver of the Riverview Park Company.

The two appeals were heard together in this court, and for convenience the facts bearing upon the case are more fully considered in the opinion rendered this day in the case last mentioned, being on the appeal of the Riverview Park Company. (Post, p. 623.) For the reasons stated in that opinion, we think no error was committed by the chancellor in appointing a receiver of the Fidelity Amusement Company, and his action in that respect is approved and the order affirmed.

*Order affirmed.*